<span style="color:red">FILE COPY</span>



BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

March 5, 2015

Damara H. Watkins
Attorney at Law
1541 Princeton
Corsicana, TX 75110
* DELIVERED VIA E-MAIL *

**RE:** Case Numbers:  07-15-00011-CR, 07-15-00012-CR
Trial Court Case Numbers: C-35611-CR, C-35612-CR
**Style:** Mark Hoff v. The State of Texas

Dear Counsel:

Appellant's brief in the referenced appeals was due to be filed no later than Monday, February 23, 2015.  As of this date, the brief has not been filed nor has the Court granted any motion to extend time to file the brief.

Upon ten days' notice to all parties, an appeal is subject to abatement and remand to the trial court for a hearing pursuant to Rule 38.8(b)(2) and (3) of the Texas Rules of Appellate Procedure.  Pursuant thereto, notice is hereby given that unless Appellant's brief is filed with this Court on or before **Monday, March 16, 2015**, these appeals will be abated and the causes remanded to the trial court for further proceedings without further notice.

At this point, the filing of Appellant's brief must be accompanied by a *Motion to Extend Time to File Appellant's Brief*.  TEX. R. APP. P. 38.6(d).

Very truly yours,

*Vivian Long*
VIVIAN LONG, CLERK

xc:    Honorable Amanda Doan Putman (DELIVERED VIA E-MAIL)
R. Lowell Thompson (DELIVERED VIA E-MAIL)